UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 14-1417 DSF (JEMx) | Date | 5/2/14 |
| Title | Foster Taft v. American University of the Caribbean (AUC), et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

    On February 25, 2014, this case was removed to this Court based on diversity jurisdiction. While the notice of removal includes a conclusory remark that "[a]ll of the Defendants are diverse from Plaintiff . . .", there are no specific allegations regarding the citizenships of American University of the Caribbean, Paul Tien, or Yife Tien – all of whom were defendants in the original state court complaint. Therefore, diversity jurisdiction at the time of removal was not properly alleged and the case is REMANDED to the Superior Court of California, County of Ventura.

    IT IS SO ORDERED.